UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NKOSI S. BROWN,

                  Plaintiff,

-against-

DWAYNE A. NASH, ET AL.,

                  Defendants.

28-CV-2824 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated April 18, 2024, the Court directed Plaintiff, within thirty days, to resubmit the signature pages of the complaint and application for leave to proceed *in forma pauperis* ("IFP") with an original signature. That order specified that failure to comply would result in dismissal of the complaint.[1] Plaintiff has not submitted the signed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  May 21, 2024
          New York, New York

                                          /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                         Chief United States District Judge

---

[1] Plaintiff did not provide an address, and thus the Clerk of Court was unable to mail a copy of the order to Plaintiff.